In the Matter of the Application of SAMUEL WILLNER, Appellant, for a Mandamus Order against PAUL MOSS, as Commissioner of Licenses of the City of New York, and WILLIAM FELLOWES MORGAN, JR., as Commissioner of Public Markets,

Weights and Measures of the City of New York, Respondents.— Order denying petitioner's application for an alternative order of mandamus unanimously affirmed, without costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.